**No. 09-8375. Peter J. Schultz, Petitioner v. Francis Halpin, et al.**

559 U.S. 990, 130 S. Ct. 1754, 176 L. Ed. 2d 211, 2010 U.S. LEXIS 2228.

March 8, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until March 29, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-8701. In re Lindsey Kent Springer, Petitioner.**

559 U.S. 990, 130 S. Ct. 1755, 176 L. Ed. 2d 211, 2010 U.S. LEXIS 2285.

March 8, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until March 29, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-8909. Christopher L. Temple, Petitioner v. Wendy Warmer, Warden.**

559 U.S. 990, 130 S. Ct. 1755, 176 L. Ed. 2d 211, 2010 U.S. LEXIS 2330.

March 8, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until March 29, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-530. National Aeronautics and Space Administration, et al., Petitioners v. Robert M. Nelson, et al.**

559 U.S. 990, 130 S. Ct. 1755, 176 L. Ed. 2d 211, 2010 U.S. LEXIS 2298.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.

Same case below, 530 F.3d 865.

**No. 09-751. Albert Snyder, Petitioner v. Fred W. Phelps, Sr., et al.**

559 U.S. 990, 130 S. Ct. 1737, 176 L. Ed. 2d 211, 2010 U.S. LEXIS 2280.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit granted.

Same case below, 580 F.3d 206.

**No. 09-152. Russell Bruesewitz, et al., Petitioners v. Wyeth LLC, fka Wyeth, Inc., et al.**

559 U.S. 991, 130 S. Ct. 1734, 176 L. Ed. 2d 211, 2010 U.S. LEXIS 2266.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit granted. The Chief Justice took no part in the consideration or decision of this petition.

Same case below, 561 F.3d 233.

**No. 09-263. Sandra Ferguson, Petitioner v. Eric H. Holder, Jr., Attorney General.**

559 U.S. 991, 130 S. Ct. 1735, 176 L. Ed. 2d 211, 2010 U.S. LEXIS 2299.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 563 F.3d 1254.

**No. 09-451. Travis Saulsberry, et al., Petitioners v. Lorri Myers.**

559 U.S. 991, 130 S. Ct. 1735, 176 L. Ed. 2d 211, 2010 U.S. LEXIS 2215.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.